THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT W. SMITH, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 5, 1922; decided July 12, 1922.)

APPEAL from a judgment of the Supreme Court rendered January 18, 1922, at a Trial Term for the county of Chenango upon a verdict convicting the defendant of the crime of murder in the first degree.

*David F. Lee* for appellant.

*Ward N. Truesdell, District Attorney,* for respondent.

Judgment of conviction affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.